*Chambers, 2d September, 1805.*

Present, his Honor Judge *Jones.*

WALTER ROE *vs.* The MAYOR and ALDERMEN of the city of Savannah.

### APPLICATION FOR A CERTIORARI.

Mr. *Leake* and Mr. *Stites* being heard on behalf of the plaintiff, and Mr. *Whitfield*, the recorder of the city of Savannah, on behalf of the corporation, and the question being one of importance, the judge took time to advise.

*Cur. ad. vult.*

*John Y. Noel*, Esq. Mayor.

Sir,

Please to take notice, that I shall, on Monday, the 2d September next, move the Hon. *George Jones*, Esq., Judge of Superior Courts for the eastern district, for a rule, to show cause why an attachment should not issue against you for a contempt in directing the city marshal, by your order, to take a bond and security from one *Walter Roe*, for his ap-

pearance personally before the city council ; by which or-  
der, the said *Walter Roe* was again arrested, after the pro-  
ceedings of the city council against the said *Walter Roe* had  
been stayed or suspended, for a fine inflicted under the quaran-  
tine law of this state, by the said judge of the Superior Court.

GEORGIA,  
Chatham Co.  
SEPT. 1805.

Ex parte Roe.

(Signed,)    *Thomas U. P. Charlton, A. G.*

*Charles Cope*, Esq. City Marshal.

     Sir,

        Please to take notice, that I shall, on Monday, the 2d of September, move the Honourable *George Jones*, Esq. judge of the Superior Courts of the eastern district of this state, for a rule to show cause why an attachment should not issue against you for a contempt in arresting one *Walter Roe*, by order of *John Y. Noel*, Esq. mayor of the city of Savannah, after the proceedings of the city council, against the said *Walter Roe*, for a fine inflicted on him under the quarantine law of this state, had been stayed or suspended by the said judge of the Superior Courts.

*Thomas U. P. Charlton*, Att'y Gen.

     Copies of these notices having been duly served on *John Y. Noel*, Esq. mayor of the city of Savannah, and *Charles Cope*, Esq. marshal of said city, Mr. *Attorney General* now moved the court for a rule to show cause why attachment should not issue against the said *John Y. Noel* and *Charles Cope*, Esqrs. for the contempts aforesaid. Thereupon, and by consent of the recorder, it is ordered, that the said *John Y. Noel*, Esq., mayor of the city of Savannah, and *Charles Cope*, Esq. marshal of the said city, do show cause, on the first day of the next term ; and that they be respectively served with a copy of the order.